IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

THOMAS JAMES PALMER, )
)
    Petitioner, )
)
vs. ) CIVIL ACTION NO.: CV506-110
)
DAN STONE, Warden, )
)
    Respondent. )

## ORDER

Petitioner, an inmate at the Bacon County Probation Center in Alma, Georgia, seeks to file *in forma pauperis* an action under 28 U.S.C. § 2254 contesting the legality of his confinement. The Petitioner does not appear to be indigent. The Court **DENIES** Petitioner leave to proceed *in forma pauperis,* as it appears that Petitioner has sufficient funds to pay the filing fee of $5.00. Petitioner shall have twenty (20) days from the date of this Order to pay the full filing fee. If said filing fee is not paid by that date, the Court will dismiss this action without prejudice. See Local Rule 4.2.

**SO ORDERED**, this 21st day of December, 2006.

JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE

AO 72A
(Rev. 8/82)