**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF GEORGIA**
**WAYCROSS DIVISION**

FILED
U.S. DISTRICT COURT
BRUNSWICK DIV.

2007 JAN -8 P 2: 04

CLERK _J. Salvatore_
SO. DIST. OF GA.

| | | |
|---|---|---|
| THOMAS JAMES PALMER, | ) | |
| Petitioner, | ) | |
| vs. | ) | CIVIL ACTION NO.: CV506-110 |
| DAN STONE,  Warden, | ) | |
| Respondent. | ) | |

## O R D E R

Petitioner, an inmate formerly incarcerated at Bacon County Probation Center in Alma, Georgia, seeks to file *in forma pauperis* an action under 28 U.S.C. § 2254 contesting the legality of his confinement.  As the Petitioner did not appear to be indigent, the Court **DENIED** his motion by Order dated December 21, 2006.  Petitioner's copy of that Order was returned to the Clerk's office as not being deliverable.  The Court has learned that the Petitioner is now incarcerated at Hays State Prison in Trion, Georgia. The Clerk is directed to serve a copy of this Order upon Petitioner at Hays State Prison. Petitioner shall have twenty (20) days from the date of this Order to pay the $5.00 filing fee.  If said filing fee is not paid by that date, the Court will dismiss this action without prejudice.  See Local Rule 4.2.

SO ORDERED, this _8th_ day of January, 2007.

JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE

AO 72A
(Rev. 8/82)