```
                                              FILED
                                         U.S. DISTRICT COURT
                                           BRUNSWICK DIV.
   IN THE UNITED STATES DISTRICT COURT
  FOR THE SOUTHERN DISTRICT OF GEORGIA   2007 FEB 12  P 3: 28
            WAYCROSS DIVISION
                                         CLERK  F. LaVictoire
                                            SO. DIST. OF GA.
```

THOMAS JAMES PALMER,           )
                               )
         Petitioner,           )
                               )
    vs.                        )    CIVIL ACTION NO.: CV506-110
                               )
DAN STONE, Warden,             )
                               )
         Respondent.           )

## ORDER

Petitioner, an inmate formerly incarcerated at Bacon County Probation Center in Alma, Georgia, seeks to file *in forma pauperis* an action under 28 U.S.C. § 2254 contesting the legality of his confinement. As the Petitioner did not appear to be indigent, the Court **DENIED** his motion by Order dated December 21, 2006. The Clerk is directed to serve a copy of the December 21, 2006 Order and a copy of this Order upon Petitioner at Hays State Prison. Petitioner shall have twenty (20) days from the date of this Order to pay the $5.00 filing fee. If said filing fee is not paid by that date, the Court will dismiss this action without prejudice. See Local Rule 4.2.

**SO ORDERED**, this 12th day of February, 2007.

JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE

AO 72A
(Rev. 8/82)