# United States District Court
## *Southern District of Georgia*

Thomas James Palmer

       Petitioner

JUDGMENT IN A CIVIL CASE

**v.**

Dan Stone, Warden

       Respondent

CASE NUMBER:  CV506-110

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

That in accordance with the Court's Order of May 14, 2007, dismissing this case

without prejudice; Judgment is hereby entered. This action stands closed.

May 14, 2007
_____
*Date*

Scott L. Poff
_____
*Clerk*

*Mary Anne Hill*
_____
*(By) Deputy Clerk*